UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Raintree Resorts Int'l., Inc. §
§
versus §     CIVIL ACTION H-02-3878
§
Starwood Hotels & Resorts, et al. §

United States Courts
Southern District of Texas
ENTERED

OCT 2 2 2002

Michael N. Milby, Clerk of Court

## Order Setting Conference

1. A pre-trial conference will be held on:

    __November 18__, 2002

    at __10:00 a.m.__ in

    Judge Hughes's Chambers
    United States Court House
    515 Rusk Avenue, Room 11122
    Houston, Texas  77002.

2. To insure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

    Signed on __October 21__, 2002, at Houston, Texas.

    _____
    Lynn N. Hughes
    United States District Judge

o.
ptrlcnfddl.