IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 0 6 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RAINTREE RESORTS INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., STARWOOD CAPITAL GROUP, L.L.C., GREENMEX, L.L.C., BARRY S. STERNLICHT, MERRICK R. KLEEMAN, JEFF ROSENTHAL, JEFFERIES & COMPANY, INC., AND ROBERT M. WERLE, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. H-02-3878

## ORDER

On this day, the Court considered the motion of Defendants Merrick R. Kleeman and Jeff Rosenthal to extend their time to answer, move, or otherwise plead. The Court finds that the motion is well-taken and should be and hereby is GRANTED. Accordingly, it is

ORDERED that the Motion of Defendants Merrick R. Kleeman and Jeff Rosenthal is GRANTED; and, it is

ORDERED that the time in which Merrick R. Kleeman and Jeff Rosenthal may answer, move, or otherwise plead in the captioned case is extended to December 2, 2002.

SIGNED this ____ day of _____, 2002.

United States District Court
SIGNED
NOV 0 6 2002
Judge Lynn N. Hughes

_____
UNITED STATES DISTRICT JUDGE

19