# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
ENTERED
NOV 1 9 2002
Michael N. Milby, Clerk of Court

RAINTREE RESORTS INTERNATIONAL, INC., §
§
        Plaintiff, §
§
versus §    CIVIL ACTION H-02-3878
§
STARWOOD HOTELS & RESORTS §
WORLDWIDE, INC., et al., §
§
        Defendants. §

## Order

1. The parties will make their initial disclosures.

2. The parties may not yet file dispositive motions.

3. By December 6:
    A. Raintree will furnish a spreadsheet scheduling its equity owners from January 1, 1995 to the present.
    B. The defendants will furnish a schedule of the dates they bought or sold Raintree's senior bonds.
    C. Starwood Capital, Starwood Hotels, and Greenmex will furnish a one-page description of their relationship and an organization chart showing how they are related, including shared employees, directors, and officers.
    D. Jeffries will furnish a one-page description of its relationship to the other defendants and an organization chart showing the relationships.
    E. The individual defendants will furnish schedules and organization charts showing their relationships to the corporate defendants and their other significant business and professional relationships.





4. The parties will create group exhibit packages of all communications and documents related to:
   A. Raintree's board records.
   B. The initial equity and hotel purchase agreement.
   C. Raintree's senior bond issue.
   D. Starwood Capital's resale of Raintree stock.
   E. The Starwood/Raintree debt renegotiation.

Signed November 18, 2002, at Houston, Texas.

*[signature]*
Lynn N. Hughes
United States District Judge