United States Courts
Southern District of Texas
ENTERED

FEB 1 1 2003

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAINTREE RESORTS INTERNATIONAL, INC., | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. H-02-3878 |
| STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., et al., | | |
| Defendants. | | |

## ORDER

The Defendants have until February 21, 2003, to respond to the Plaintiff's First Amended Complaint.

SIGNED _____ day of February 2003.

_____
LYNN HUGHES

[Stamp: SIGNED United States District Court FEB 1 1 2003 Judge Lynn N. Hughes]

40

1111624_1.DOC