IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAINTREE RESORTS INTERNATIONAL, INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 02-CV-3878 |
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD CAPITAL GROUP LLC, GREENMEX LLC, BARY S. STERNLIGHT, MERRICK R. KLEEMAN, JEFF ROSENTHAL, JEFFERIES & COMPANY, INC. AND ROBERT M. WERLE, | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

Werle's Unopposed Motion to amend his Answer to Add a Counterclaim is GRANTED

SIGNED this ___ day of _____, 2003.

MAR 2 0 2003

_____
HONORABLE LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE