UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

APR 0 9 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RAINTREE RESORTS INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-02-3878 |
| STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., STARWOOD CAPITAL GROUP, L.L.C., BARRY S. STERNLICHT, MERRICK R. KLEEMAN, JEFF ROSENTHAL, JEFFERIES & COMPANY, INC., and ROBERT M. WERLE, | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

Raintree is hereby granted leave to file its answers to Werle's and Jefferies' amended counterclaims.

SIGNED ~~on this~~ _____ ~~day of~~ _April 9_ , 2003.

_____
~~HONORABLE~~ LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE

62