| United States District Court | Southern District of Texas |
|---|---|

United States Courts
Southern District of Texas
ENTERED

NOV 2 1 2003

Michael N. Milby, Clerk of Court

Raintree Resorts, et al., §
§
    Plaintiff, §
§
versus § Civil Action H-02-3878
§
Starwood Hotels, et al., §
§
    Defendants. §

# Order

By noon on Wednesday, November 19, 2003, Raintree's principals—its president and treasurer—must state during which periods they did not officially track the market price of the company's bonds.

Signed November ___19___, 2003, at Houston, Texas.

Lynn N. Hughes
United States District Judge