UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RAINTREE RESORTS, *et al.*, | § § | United States Courts<br>Southern District of Texas<br>ENTERED<br>**NOV 2 5 2003**<br>Michael N. Milby, Clerk of Court |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION H-02-3878 |
| STARWOOD HOTELS, *et al.*, | § § § | |
| Defendants. | § | |

# Order

By noon on Wednesday, November 26, 2003, Raintree must answer these questions concerning its 1999 financial report:

1. Are "Vacation Interval receivables" (page F-13) Raintree's unpledged receivables?

2. If no, where are the $44 million in unpledged receivables in the financial statement?

3. What does the penultimate sentence in the third paragraph on page F-14 mean?

Signed November 24, 2003, at Houston, Texas.

Lynn N. Hughes
United States District Judge