|  |  |
|---|---|
| Dawna Kelly/TXSD/05/USCOURTS<br>08/29/2005 09:45 AM | To: scott.lassetter@weil.com, david.kotler@dechert.com, jnickens@nickenskeeton.com, john.bellwoar@dechert.com, steven.feirson@dechert.com, jcarter@velaw.com, dbond@boyarmiller.com |
|  | cc |
|  | bcc |
|  | Subject: 02cv3878 - Raintree Resorts v. Starwood Hotels, et al |

**United States District Court**
**Southern District of Texas**
**Filed**

AUG 2 9 2005

**Michael N. Milby, Clerk**

At the direction of Judge Hughes, by 10:00 a.m. on August 30, 2005, you must submit to me:

1. The first page of exhibit 48 from docket 56 – the exhibits accompanying their joint reply memorandum. Exhibit 48 is a letter dated February 24, 1999, from Douglas Bech to Rick Kleeman.

2. Exhibit 39 from Docket 56 – the memorandum dated March 19, 1999, from Douglas Bech to the Raintree board.

The documents should be submitted to me by email as attachments in PDF format and should be legible. If you have any questions, please let me know.

*Dawna Kelly*
*Case Manager to*
*Judge Lynn N. Hughes*
*Dawna_Kelly@txs.uscourts.gov*
*(713) 250-5516 ph.*
*(713) 250-5937 fax*