| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

RAINTREE RESORTS, et al., §
§
         Plaintiff, §
§
versus §    CIVIL ACTION H-02-3878
§
STARWOOD HOTELS, et al., §
§
         Defendants. §

# Order

1. Paragraph 20 of Raintree's amended complaint seems to suggest that Jefferies gave Raintree an $800,000 discount by taking the Raintree shares for $7 per share when the market valued the shares at $5 per share. By September 7, 2005, Raintree must explain this.

2. By September 7, 2005, Jefferies may furnish its interpretation of paragraph 20.

Signed August __31__, 2005, at Houston, Texas.

Lynn N. Hughes
United States District Judge