UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION                JAN 8 2007

| | | |
|---|---|---|
| RAINTREE RESORTS INTERNATIONAL, INC. | § § § | |
| V. | § § | CIVIL ACTION NO. H-02-3878 |
| STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., STARWOOD CAPITAL GROUP, L.L.C., BARRY S. STERNLICHT, MERRICK R. KLEEMAN, JEFF ROSENTHAL, JEFFERIES & COMPANY, INC., and ROBERT M. WERLE | § § § § § § § § | JURY DEMANDED |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff and Defendants stipulate to voluntary dismissal of this case with prejudice as **AGREED**, **SETTLED** and **SATISFIED**.

Respectfully submitted,

By: *Ronald D. Krist / by permission JJO*
TX Bar # 15361500
Mr. Ronald D. Krist
State Bar No.11727000
THE KRIST LAW FIRM, P.C.
2525 Bay Area Blvd., Suite 410
Houston, TX 77058
(281) 283-8500 (Telephone)
(281) 488-3489 (Facsimile)
*Counsel for Plaintiff*
*Raintree Resorts International, Inc.*

OF COUNSEL:

LOOPER, REED & MCGRAW, P.C.
Mr. James J. Ormiston
State Bar No. 15307500
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
(713) 986-7000 (Telephone)
(713) 986-7100 (Facsimile)

DECHERT LLP
Steven B. Feirson (admitted *pro hac vice*)
Pennsylvania Bar No. 21357
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
(215) 994-4000 (Telephone)

David A. Kotler (admitted *pro hac vice*)
New Jersey Bar No. 04070-1993
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, New Jersey 08543-5218
(609) 620-3200 (Telephone)
(609) 620-3259 (Facsimile)

By: /s/ John L. Carter
    John Loyd Carter
    State Bar No. 03920700
    VINSON & ELKINS LLP
    2300 First City Tower
    1001 Fannin Street
    Houston, Texas 77002-6760
    (713) 758-3476 (Telephone)
    (713) 615-5504 (Facsimile)
    *Attorney-In-Charge for*
    *Jefferies & Company, Inc.*

By:_____
    BOYAR & MILLER PC
    David M. Bond
    State Bar No. 02582400
    4265 San Felipe, Suite 1200
    Houston, Texas 77027
    (713) 850-7766 (Telephone)
    (713) 552-1758 (Facsimile)
    *Attorney-In-Charge for*
    *Robert M. Werle*

DECHERT LLP
Steven B. Feirson (admitted *pro hac vice*)
Pennsylvania Bar No. 21357
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
(215) 994-4000 (Telephone)

David A. Kotler (admitted *pro hac vice*)
New Jersey Bar No. 04070-1993
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, New Jersey 08543-5218
(609) 620-3200 (Telephone)
(609) 620-3259 (Facsimile)

By: _____
John Loyd Carter
State Bar No. 03920700
VINSON & ELKINS LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
(713) 758-3476 (Telephone)
(713) 615-5504 (Facsimile)
*Attorney-In-Charge for
Jefferies & Company, Inc.*

By: _____
BOYAR & MILLER PC
David M. Bond
State Bar No. 02582400
4265 San Felipe, Suite 1200
Houston, Texas 77027
(713) 850-7766 (Telephone)
(713) 552-1758 (Facsimile)
*Attorney-In-Charge for
Robert M. Werle*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Stipulation of Voluntary Dismissal** was served on January 8, 2007, via First Class Mail on the following counsel of record:

*Via First Class Mail*
Ronald D. Krist
THE KRIST LAW FIRM, P.C.
2525 Bay Area Blvd., Suite 410
Houston, TX 77058
*Counsel for Plaintiff*
*Raintree Resorts International, Inc.*

*Via First Class Mail*
James J. Ormiston
LOOPER, REED & MCGRAW, P.C.
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
*Counsel for Plaintiff*
*Raintree Resorts International, Inc.*

*Via First Class Mail*
Jacks C. Nickens
Jessica Wilson
NICKENS, KEETON, LAWLESS,
FARRELL & FLACK, L.L.P.
600 Travis Street, Suite 7500
Houston, Texas 77002
*Counsel for Defendants*
*Starwood Capital Group, LLC,*
*Barry S. Sternlicht, Merrick*
*R. Kleeman, and Jeff Rosenthal*

*Via First Class Mail*
David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, New Jersey 08543-5218
*Counsel for Defendants*
*Starwood Capital Group, LLC,*
*Barry S. Sternlicht, Merrick R.*
*Kleeman, and Jeff Rosenthal*

*Via First Class Mail*
Steven B. Feirson
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103-2793
*Counsel for Defendants*
*Starwood Capital Group, LLC,*
*Barry S. Sternlicht, Merrick R.*
*Kleeman, and Jeff Rosenthal*

*Via First Class Mail*
John Loyd Carter
VINSON & ELKINS LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
*Counsel for Defendants*
*Jefferies & Company, Inc.*

*Via First Class Mail*
David M. Bond
BOYAR & MILLER, P.C.
4265 San Felipe, Suite 1200
Houston, Texas 77027
*Counsel for Defendant*
*Robert M. Werle*

_____
Andrew Swartz