UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Raintree Resorts International, Inc., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-02-3878 |
| Starwood Hotels and Resorts Worldwide, Inc., et al., | § § § § | |
| Defendants. | § | |

## Order for Status

By February 20, 2007, the parties will file a status report of the remaining claims in this case.

Signed on February 9, 2007, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge