UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Raintree Resorts International, Inc., §
§
      Plaintiff, §
§
versus §      Civil Action H-02-3878
§
Starwood Hotels and Resorts Worldwide, §
Inc., et al., §
§
      Defendants. §

## Final Dismissal

Under the stipulation of dismissal, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on February 15, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge